## STATEMENT OF FACTS

On May 25, 2022, law enforcement members of the Seventh District Crime Suppression Team ("CST") of the Metropolitan Police Department ("MPD") executed a search warrant of two automobiles and a residence located at xxxx xxx Xxxxxx, XX, Xxxxxxxxxx, XX xxxxx, pursuant to an omnibus search warrant that had been obtained in connection with an ongoing criminal investigation. The team on site to execute the search warrant included MPD Sergeants Welsh and Weiss; Officers Altieri, Benites, Chapman, Demerrit, Drake, Jeski, Perez, Smiley, and Smith; and MPD Investigator Caroline Miller. Investigator Miller is part of the MPD's Violence Reduction Unit ("VRU").

The investigation concerns criminal activity in the vicinity of 7th and O Streets, Northwest, Washington, DC, which is an area known for drug trafficking and where officers have arrested numerous suspected drug dealers. As part of the criminal investigation, law enforcement has, among other things, conducted numerous controlled buys of narcotics from targets and gathered evidence from search warrants of relevant social media accounts. The omnibus warrant authorized the search of a residence located at xxxx xxx Xxxxxx, XX, Xxxxxxxxxx, XX xxxxx – an address known to be the residence of Mr. KELFA KAMARA (DOB xx/xx/xxxx) – as well as two vehicles that were registered to KAMARA. KAMARA has been observed in connection with criminal activity in the vicinity of 7th and O Streets.

MPD officers arrived at the residence at approximately 0600 hours on May 25, 2022. Officers knocked on the front door and announced their presence. Officers made entry to the residence and encountered KAMARA's mother, sister (age 34), and two brothers (both aged 27), and found KAMARA in his bedroom. Officers announced that they were on site to execute a search warrant and were permitted to carry out the search. Officers understand that in addition to KAMARA, approximately four other people also reside at the residence, including KAMARA'S mother and siblings.

The residence is a multi-level row home with two levels and approximately five bedrooms. Law enforcement members divided up between the rooms and searched multiple rooms simultaneously, including a room that was understood to be KAMARA's bedroom. The room included many personal identifying documents belonging to KAMARA, including insurance cards and a District of Columbia Identification card. Also located in this bedroom were car keys belonging to vehicles registered to KAMARA along with several male clothing items. During the search of KAMARA's bedroom, which was located on the first floor of the house, Officer Benites discovered a small clear plastic bag in the pocket of a multi-colored jacket hung up in the closet. The plastic bag contained 42 grams of a white rock-like substance, which was consistent in appearance to crack cocaine. This amount has an approximate street value of $4,200 and is more consistent with Possession with Intent to Distribute than mere possession. The substance was later tested by MPD Officer Smiley and tested positive for cocaine. Officers also recovered a pill bottle from the jacket pocket, which contained 7 pills that are believed to be Oxycodone. KAMARA was placed under arrest and verbally identified himself as KELFA KAMARA, DOB: xx/xx/xxxx. No items were recovered from KAMARA's person during a search incident to arrest.

A total of $4,279 in U.S. currency in assorted denominations was recovered from KAMARA's bedroom. Officers discovered $4,167 inside of a shoebox in a closet located in KAMARA's bedroom, as well as $112 in a satchel that was located on a couch adjacent to the bed.

Pursuant to the search warrant, officers also searched two vehicles which are registered to KAMARA. The first vehicle searched was a 2011 black Jeep Grand Cherokee bearing Washington, DC registration FT2130, VIN: 1J4RR4GG2BC613286. No items of note were found in the first vehicle. The second vehicle searched was a dark grey Infiniti bearing Washington, DC registration GS8693, VIN: JNKCV61F69M363296. In the glove compartment of the vehicle, officers found (1) an orange pill bottle containing 13 blue pills, which were consistent in appearance to Oxycodone and (2) a white pill bottle containing 15 blue pills and 2 yellow pills, all consistent in appearance to Oxycodone. In the center console of the second vehicle, officers found two digital scales, one with a white powdery residue on its surface – believed to be either cocaine or fentanyl – and the other with marijuana residue on its surface.

Based on the foregoing, your affiant respectfully submits that probable cause exists to charge KELFA KAMARA with possession with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(B)(iii).

_____
Investigator Caroline Miller
D.C. Metropolitan Police Department

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 26th day of May, 2022.*

_____
ROBIN M. MERIWEATHER
UNITED STATES MAGISTRATE JUDGE